KOH/CMM: USAO2015R000247

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GJH-15-233** |
| | * | |
| **JOHN DAVID HAMLETT,** | * | (Travel in Interstate Commerce in Aid of |
| | * | Unlawful Activity, 18 U.S.C. |
| Defendant | * | § 1952(a)(3)(A)) |
| | * | |
| | * | |

*******

## SUPERSEDING INFORMATION
(as to defendant John David Hamlett only)

## COUNT ONE
(Travel in Interstate Commerce in Aid of Unlawful Activity)

The United States Attorney for the District of Maryland charges that:

Between at least in or about January 2015 through at least in or about February 2015, in the District of Maryland and elsewhere, the defendant,

**JOHN DAVID HAMLETT,**

traveled in interstate commerce with the intent to promote, manage, establish, carry on, and to facilitate the promotion, management, establishment, and carrying on, of any unlawful activity, and thereafter performed and attempted to perform an act described in Title 18, United States Code, Section 1952(a)(3).

18 U.S.C. § 1952(a)(3)(A)

Rod J. Rosenstein
United States Attorney

Date: August 18, 2015